IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CHRISTOPHER WELLS, | |
| Movant, | CIVIL ACTION NO.: 5:21-cv-51 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 5:17-cr-12) |
| Respondent. | |

**O R D E R**

Movant Christopher Wells ("Wells") filed this 28 U.S.C. § 2255 Motion, which the Court has reviewed. Wells attacks the conviction and sentence obtained in this Court in Case Number 5:17-cr-12. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion.[1] The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings. The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of Wells' Motion for relief to the Savannah Office of the United States Attorney for the Southern District

---

[1] Examples of documents the Government may produce are an affidavit from Movant's attorney, necessary transcripts, and the Pre-Sentence Investigation Report ("PSR").

of Georgia.

**SO ORDERED**, this 4th day of August, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA