# In the United States District Court for the Southern District of Georgia Waycross Division

CHRISTOPHER WELLS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

5:21-cv-51
(5:17-cr-12)

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 46. Movant Christopher Wells ("Wells") did not file Objections to this Report and Recommendation, and the extended time to do so has elapsed. See Dkt. Nos. 51-54. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DENY** Wells's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, as supplemented, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. I also **DENY** Wells in forma pauperis status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 13 day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA